People, Plaintiff and Appellee, v. Fernández,
Defendant and Appellant.

Appeal from the District Court of San Juan in a Prosecu-
tion for Violation of Act No. 69 of 1917.

No. 1517.—Decided July 30, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Torres,*
*ante,* page 783.

*Mr. A. Trujillo* for the appellant.
*Mr. J. E. Figueras, Fiscal,* for the appellee.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro,
Aldrey and Hutchison concurred.